

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **Jeannette J. Clack**<br>Clerk of Court | **WESTERN DISTRICT OF TEXAS**<br>800 Franklin Avenue Room 380<br>Waco, TX 76701 | **Philip J. Devlin**<br>Chief Deputy |

**March 13, 2020**

**Eric Laval Thompson #1806899**
**Dalhart Unit**
**11950 FM 998**
**Dalhart, TX 79022**

Re:  Your recent letter
      W:17-CV-245-ADA

Dear Mr. Thompson,

    This office has received your recent letter requesting copies everything that was filed with this court in this case. Copies of everything that was filed on your case may be obtained by sending a check or money order for $924.00 (1848 pages @ $0.50/page), made payable to "Clerk, U.S. District Court" at the address listed above. If you are requesting a copy of the docket sheet so that you may look at what has been filed on your case you may obtain this by sending a check or money order for $4.00 (8 pages @ $0.50/page), made payable and sent to the same information provided above.

    The Fifth Circuit Court of Appeals has long held that a claim of indigence does not include the automatic right to free copies of court orders, transcripts or other court records. If you want these documents, you must pay the associated copy fees. Thank you.

                                                      Sincerely,

                                                      *Brianna Winter*
                                                      Brianna Winter
                                                      Deputy Clerk

RECEIVED
MAR 1 2 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Eric Thompson #1806899
Dalhart Unit (TDCJ)
11950 FM 998
Dalhart, TX 79022

3/5/2020

Clerk, U.S. District Court
Western District of Texas
800 Franklin Ave Room 380
Waco, Texas 76701

Dear Clerk,

I am requesting records of everything that was filed with this Court and Submitted in Case Number 6:17-cv-245. I not sure what it called but, it shows the dates and what was filed like Orders, Motions, documents, and records.

Would you please send me a copy of that when you find time please.

Thank you for your time

Respectfully Submitted,

ERIC THOMPSON #1806899 pro-se
Dalhart Unit (TDCJ)
11950 FM 998
Dalhart, Texas 79022

cc: Filed

1806899
Eric Thompson
Dalhart Unit (TDCJ)
11950 FM 998
Dalhart, Texas 79022

AMARILLO TX 791
10 MAR 2020 PM 1 L

Clerk, U.S. District Court
Western District of Texas
800 Franklin Ave, Room 380
Waco, Texas 76701

76701$1934

Legal Mail